Emily Rydl, appellee, v. Joseph Kyrc, appellant. Gen. No. 26,387.

Action for breach of promise of marriage. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H.

Fitch, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed February 19, 1921.

Otto Schusterman, for appellant. Jones & Kerner, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.